UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON L. KAUFMANN,

    Plaintiff,

v.                                                Case No. 1:14-cv-1230
                                                    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated: March 25, 2016                    /s/ Ray Kent
                                             RAY KENT
                                             United States Magistrate Judge